IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01750-CMA-KLM

RON McCANN,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 5). The Court having considered the Notice of Dismissal, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

DATED: September __13__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge